

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of I.R.M.

No. 06-13-00034-CV

Appeal from the County Court at Law No. 1 of Denton County, Texas (Tr. Ct. No. JV-2012-746). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED JULY 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk